# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-0031
Lower Tribunal No. F02-12509D

————————————

**Victor Caraballo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Victor Caraballo, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 782.04(1)(a), Fla. Stat. (2002) ("[M]urder in the first degree . . . constitutes a capital felony, punishable as provided in [section 775.082, Florida Statutes]."); § 775.082(1), Fla. Stat. (2002) ("A person who has been convicted of a capital felony shall be punished by death[,] . . . otherwise such person shall be punished by life imprisonment and shall be ineligible for parole.").